1
2  Pamela G. Sotoodeh
   pgs@thelawgroupltd.com
3  Kurt D. Hyzy
   kdh@thelawgroupltd.com
4  THE LAW GROUP, LTD.
   Three First National Plaza, 50th Floor
5  Chicago, Illinois 60605
   Telephone: (312) 558-6444
6  Facsimile: (312) 558-1112
   Attorneys for Plaintiffs
7
8
9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
   _____
                                      )  Case No. C 07-1927
12 IN RE: BEXTRA AND CELEBREX         )
   MARKETING SALES PRACTICES AND      )
13 PRODUCT LIABILITY LITIGATION       )  MDL NO. 1699
                                      )  District Judge: Charles R. Breyer
14 _____)
                                      )
15 VICKI L. HAWKINS, Individually and on )
   behalf of ROGER A. HAWKINS,        )
16 RONALD R. HUGHART and DAVID A.     )  STIPULATION AND ORDER OF
   SQUIRES, Individually and on behalf of )  DISMISSAL WITH PREJUDICE
17 RICHARD A. SQUIRES,                )
                                      )
18              Plaintiffs,           )
                                      )
19         vs.                        )
                                      )
20 Pfizer, Inc., et al.               )
                Defendants.           )
21                                    )
                                      )
22 _____)

23         Come now the Plaintiffs, (VICKI L. HAWKINS, Individually and on behalf of
24 ROGER A. HAWKINS, RONALD R. HUGHART and DAVID A. SQUIRES,
25
26 Individually and on behalf of RICHARD A. SQUIRES), and Defendants, Pfizer, Inc. et al,
27 by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: January 14, 2009

**THE LAW GROUP, LTD.**

By: *Pamela Sotoodeh* (signature)
Pamela G. Sotoodeh, #6284622
Kurt D. Hyzy, #6196871
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112

*Attorneys for Plaintiff*

Dated: June 16, 2009

**GORDON & REES**

/s/
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
Tel: 415.986.5900
Fax: 415.986.8054

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 17, 2009

Hon. Charles R. Breyer
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/6190655v.1